

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | T̲HE C̲ITY OF N̲EW Y̲ORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Thais R. Ridgeway**<br>phone: 212-356-3586<br>fax: 212-356-2089<br>email: tridgew@law.nyc.gov<br>(not for service) |

January 6, 2021

**BY ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

          Re:  *J.M. et al., v. New York City Department of Education,*
               20-CV-08797 (JPC)

Dear Judge Cronan:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the New York City Department of Education, in the above-referenced matter. I write in accordance with Your Honor's Individual Rules of Practice § 3(B) to respectfully request to adjourn the Initial Conference currently scheduled January 21, 2021.

      The additional time requested would allow the undersigned to review the billing statements in connection with the underlying action, request appropriate authority, and engage in settlement discussions with the goal of resolving the action without the Court's intervention.

      Bonnie Schinagle, Esq., counsel for Plaintiffs, consents to the proposed adjournment of the conference for 45 days (the week of March 8, 2021). The parties agree that a settlement conference scheduled in 45 days (in lieu of an initial pre-trial conference) may be beneficial in assisting the parties reach an amicable resolution. Lastly, the proposed adjournment does not effect any currently scheduled events in the action. To the extent the parties reach an agreement prior to the conference, the parties will promptly file a letter notifying Your Honor.

Thank you for your consideration of this request.

Respectfully submitted,

_____/s/_____

Thais R. Ridgeway
Assistant Corporation Counsel

CC: **BY ECF**
Bonnie Schinagle, Esq.
Law Offices of Bonnie Spiro Schinagle
*Attorney for Plaintiffs*
6800 Jericho Turnpike, Suite 120w
Syosset, NY 11791
516-967-5874
bschinagle@schinaglelaw.com

The parties' request is GRANTED in part.

The Initial Pretrial Conference scheduled for January 21, 2021, at 2:00 p.m. is hereby adjourned *sine die*.

By separate order, the Court will refer this case to the Honorable Debra C. Freeman for a settlement conference. The parties are ORDERED to file a joint status letter within two weeks of the conclusion of the settlement conference.

SO ORDERED.

Date: January 7, 2021

New York, New York

_____
JOHN P. CRONAN
United States District Judge